UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCVNGR, INC., d/b/a LevelUp )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>eCHARGE LICENSING, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No.: 13-cv-12418-DJC<br><br>JURY DEMANDED |

**AGREED MOTION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW**

WHEREAS, the parties in this case, Defendant eCharge Licensing, LLC ("eCharge") and Plaintiff SCVNGR, Inc., d/b/a LevelUp ("LevelUp") have agreed to a stay of the above-captioned litigation pending the resolution of three petitions for Inter Partes Review ("IPR") with the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office, the parties respectfully request that the Court stay this action, suspending all case deadlines. The petitions are IPR2014-00156 (for U.S. Patent No. 6,764,005), IPR2014-00157 (for U.S. Patent No. 7,828,207), and IPR2014-00158 (for U.S. Patent No. 8,490,875). A final decision is expected by May 15, 2015.

The parties also jointly request that the Court extend the time for LevelUp to respond to Counterclaim of eCharge, and to seek leave to amend its Complaint, until ten (10) days after the stay of the action is lifted, or this motion is denied.

WHEREFORE, the Parties request that the Court stay this action on the terms set forth in the attached proposed order.

Dated: October 21, 2014	Respectfully submitted,

By:   /s/ Jonathan D. Sweet
Jonathan D. Sweet, Esq. (BBO#634755)
Sweet Law LLC
One Constitution Center – Suite 300
Boston, MA 02129
T:  617-242-9100
F:  617-886-0100
jon@attorneysweet.com

By:   /s/ Robert P. Greenspoon
Robert P. Greenspoon
William W. Flachsbart
FLACHSBART & GREENSPOON, LLC
333 North Michigan Avenue, Ste 2700
Chicago, IL  60601
T:  312-551-9500
F:  312-551-9501

Admitted Pro Hac Vice

**Attorneys for Defendant
eCharge Licensing LLC**

/s/ Brian C. Carroll
Brian C. Carroll (BBO# 658940)
SCVNGR, Inc. d/b/a LevelUp
One Congress Street, Suite 111
Boston, MA 02114
Phone: (617) 233-4167
Facsimile: (617) 812-1276
BCarroll@thelevelup.com

Philip C. Swain (BBO# 544632)
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: 617) 832-7000
pswain@foleyhoag.com

**Attorneys for plaintiff SCVNGR, Inc.
d/b/a Level Up**

## CERTIFICATE OF SERVICE

      The undersigned attorney of record certifies that on October 20, 2014, a copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                              /s/Robert P. Greenspoon
                                              Robert P. Greenspoon